# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**ADDONES SPENCER**
Reg. # 11060-027                                                                              **PLAINTIFF**

v.                              No. 2:12-cv-246-DPM–HDY

**C. SAMUELS, Director,**
**Bureau of Prisons**                                                                         **DEFENDANT**

## ORDER

On 3 January 2013, Magistrate Judge H. David Young ordered Spencer to submit the $350 civil filing fee or apply to proceed *in forma pauperis* within 30 days. Spencer did neither. Judge Young has recommended, *Document No. 3*, that the Court dismiss Spencer's complaint under Local Rule 5.5(c)(2) for noncompliance with the January 3rd Order. Spencer has neither complied with the Order nor objected to Judge Young's recommendation. On review for legal error and clear factual error, FED. R. CIV. P. 72(b) (1983 addition to Advisory Committee note), the Court adopts Judge Young's recommendation as its own order. Spencer's complaint is dismissed without prejudice.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 March 2013