IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**ADDONES SPENCER**
**Reg. # 11060-027**                                                 **PLAINTIFF**

v.                      **No. 2:12-cv-246-DPM**

**C. SAMUELS**                                                    **DEFENDANT**

**JUDGMENT**

Spencer's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

13 March 2013